**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | CR 05-890-01-PCT-DGC |
|                          )   | |
|       Plaintiff,         ) | |
|                          )   | **DETENTION ORDER** |
| vs.                      )   | |
|                          )   | |
| Lethaniel Phoenix,       )   | |
|                          )   | |
|       Defendant.         )   | |
|                          )   | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on March 10, 2011.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 14th day of March, 2011.

Lawrence O. Anderson
United States Magistrate Judge